IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **IONA WEST** § | |
| **Plaintiff,** § | |
| § | |
| V. § | C.A. NO. 4:18-cv-04627 |
| § | |
| § | |
| **HONEYWELL INTERNATIONAL** § | |
| **INC.** § | |
| § | |
| **Defendant.** § | |

### PLAINTIFF IONA WEST'S CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiff, Iona West, hereby certifies the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are known to be financially interested in the outcome of this case:

*Parties:*

| | |
|---|---|
| Iona West | **Plaintiff** |
| c/o Sherman Watkins PLLC | |
| 1418 Washington Ave. | |
| Houston, Texas 77002 | |
| | |
| Gene A. Watkins | **Attorney for the Plaintiff** |
| Sherman Watkins PLLC | |
| 1418 Washington Ave. | |
| Houston, Texas 77002 | |
| | |
| Honeywell International Inc. | **Defendant** |

Respectfully submitted,

SHERMAN WATKINS PLLC

By:     /s/Gene A.Watkins
    Gene A. Watkins
    Texas Bar No. 24058954
    Federal I.D. No. 1129993
    Email:gwatkins@shermanwatkins.com
    1418 Washington Avenue
    HOUSTON, TX 77002
    Tel. (713) 224-5113
    Fax. (866) 560-8676
    Attorney for Plaintiff
    Iona West