United States District Court
Southern District of Texas
**ENTERED**
October 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IONA WEST, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-04627 |
| | § | |
| HONEYWELL INTERNATIONAL INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motion for Partial Reconsideration (the "Motion") (Doc. #46), Plaintiff's Response (Doc. #47), and Defendant's Reply (Doc. #48).

The legal reasoning articulated by the Court in its August 31, 2021 Order, which contemplated the parties' arguments and applicable legal authority, remains valid despite Defendant's additional briefing surrounding the Motion. *See* Doc. #44. Accordingly, the Motion is hereby DENIED.

The parties are further ordered to submit a joint status update within 14 days from the entry of this Order informing the Court whether the case is likely to be resolved or whether a trial will be necessary. If a settlement is likely, counsel should advise the Court of a date range, (14, 30, 60 days) within which the Court may anticipate the filing of final dismissal papers. If a trial is likely, counsel should advise the Court of an agreed upon date range for a trial date, ideally within the next five months.

It is so ORDERED.

OCT 2 5 2021

Date

The Honorable Alfred H. Bennett
United States District Judge