United States Courts
Southern District of Texas
FILED

MAR 17 2022

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IONA WEST,
    PLAINTIFF,
V.                                   CASE ACTION NO. 4:18-CV-04627
HONEYWELL INTERNATIONAL INC.,
    DEFENDANT.

### MOTION TO COMPEL THE RETURN OF CLIENT'S FILE

Now comes Iona West, Plaintiff, IN THE above cited matter and files this, her motion to compel Plaintiff's former attorney, Gene A. Watkins to return her entire case file to Plaintiff and in support would show:

### BACKGROUND FACTS

1. On or about November 15, 2018, Counsel, Gene A. Watkins ("Mr. Watkins", "Counsel") was retained to represent the above-named Plaintiff, Iona West ("Ms. West", "Plaintiffs"), in the current case filed a case against Defendant.

2. During the pendency of the matter, Plaintiff and her former counsel of record, Gene A. Watkins, had a professional working relationship until Former Counsel of record filed his motion to withdraw his representation of Plaintiff in this case.

3    On February 25, 2022, this Court heard attorney's Gene A. Watkins' motion to withdraw.

4. The Court granted Plaintiff's former attorney, Gene A. Watkins motion to withdraw and ordered Mr. Watkin to return Plaintiffs file to her at her current mailing address at P O Box 6801 Bloomington, Indiana 47407.

5. Furthermore, this court ordered that Mr. Watkins was to have Plaintiff's file returned to her on or before Friday March 5, 2022.

1

Other good cause to Sanction and Admonish Counsel exists:

## RELIEF REQUESTED

Plaintiff request this court to order Attorney Gene A. Watkins to deliver Plaintiff's case file no later than two days after the court hears this matter. Plaintiff also request the court to sanction Attorney Gene A. Watkins for his flagrant disregard of the court's earlier court order granted on February 25, 2022, by not returning Plaintiff's file to her in a timely manner and in compliance with this Court's order. Plaintiff further request his court to set this matter for hearing.

## PRAYER

Plaintiff/Movant pray that the Court grant her relief as plead and to set this matter for hearing. Plaintiff/Movant prays for general relief.

Respectfully submitted,

IONA WEST, Plaintiff, Pro Se
PO BOX 6801
BLOOMINGTON IN 47407
Tel: (832) 863-7022

### Notice of Hearing

This matter is set for hearing on _____ 2022 at ____.M. in the above cited Court.

SIGNED on _____.

_____
Judge or Clerk

2

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

IONA WEST,

    PLAINTIFF,

V.                              CASE ACTION NO. 4:18-CV-04627

HONEYWELL INTERNATIONAL INC.,

    DEFENDANT.

## ORDER GRANTING MOTION TO COMPEL THE RETURN OF CLIENT'S FILE

Before the Court is Opposed Motion to Withdraw as Counsel. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Gene Watkins, Former Counsel for Plaintiff, return Plaintiffs file on _____ day of _____, 2022 is hereby GANTED.

SIGNED on this _____ day of _____, 2022.

                                              The Honorable Alfred H. Bennett
                                              United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, the foregoing document was hand delivered to the Clerk of the Court and served upon all counsel of record on March 18, 2022 .

Gene A. Watkins
Sherman Watkins PLLC
1418 Washington Avenue
Houston, Texas 77002
Telephone: (713) 224-5113
Facsimile: (866) 560-8676
Email:gwatkins@shermanwatkins.com

Leah S. Freed, Admitted Pro Hac Vice
~~Stephen J. Quezada, Attorney-in-Charge~~
~~One Allen Center~~ Arizona Bar No 02-1332
~~500 Dallas Street, Suite 3000~~ 2415 East Camelback Rd. Suite 800
~~Houston, Texas 77002~~ Phoenix, Arizona 85016
~~Telephone (713) 655-0855~~ Telephone (602) 778-3716
~~Facsimile: (713) 655-0020~~ Facsimile (602) 778-3750
~~Email:stephen.quezada@ogletreedeakins.com~~ leah.freed@ogletreedeakins.com

3