UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Iona West

v.                                              Case Number: 4:18−cv−04627

Honeywell International Inc.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**   by telephone
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 5/13/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference


Date:   March 25, 2022

Nathan Ochsner, Clerk