UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IONA WEST, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:18-CV-04627 |
| § | |
| HONEYWELL INTERNATIONAL, INC., § | |
| § | |
| Defendant. § | |

### Order Regarding Iona West Pro Se's Motion for Continuance and Request for Expedited Consideration

Before the Court is Plaintiff Iona West, Pro Se's Motion for Continuance and Request for Expedited Consideration. Iona West's request for expedited consideration is GRANTED.

It is therefore ORDERED that Defendant submit its response in opposition to the Motion on or before July 13, 2022.

Signed this the ____ day of July, 2022, at Houston, Texas.

JUL 1 1 2022

_____
The Honorable Alfred H. Bennett
United States District Judge